IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
|     Plaintiff | : | CASE NO.  2:20-CR-0017 |
| | : | |
| Vs. | : | JUDGE WATSON |
| | : | MAGISTRATE JUDGE KING |
| **LASHAWN WHITE** | : | |
|     Defendant | | |

## NOTICE OF FILING OF LETTERS AND STATEMENTS OF SUPPORT

Rule 32(i)(4) of the Federal Rules Of Criminal Procedure permits a defendant the opportunity to Present *any* information to mitigate the sentence. The family and friends of Defendant Lashawn White have separately and over the course of this case submitted letters and statements of support that relate to the sentencing factors and reasons why they believe leniency may or should be afforded to him. Although separately and previously submitted to the Court, those letters are amalgamated and attached hereto as *Attachment 1*. The following materials are provided for the Court's consideration in determining what type and length of sentence is sufficient, but not greater than necessary, to comply with the statutory directives set forth in Title 18, United States Code, § 3553(a).  Taken individually and as a whole, they reflect the Defendant's deep commitment to family and community.  They illustrate that he is a person who puts himself on the line to help others, whether it be by military service in the Army, serving meals to those in need, free haircuts at back

to school time for kids, coaching a variety of youth sports, or just being there for his own kids.  The letters show how far out of character this conduct was and, due to his nature and commitment to others, how deep the support of the family and friends runs in support of him.  This should be of particular importance to the Court when considering the recidivism and rehabilitation potential for Mr. White.

Respectfully submitted,

/s/ Gerald T. Noel, Jr.
Gerald T. Noel, Jr. (0063972)
Attorney for Defendant
175 South Third Street, Suite 200
Columbus, Ohio  43215
614 286-6999
Gerald@Geraldnoellaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing Notice of Allocution Statements  was served on the United States Attorney's office by electronically filing the same via the United States Clerk of Court's electronic filing system and copies were forwarded electronically this 10th day of December, 2021.

/s/ Gerald T. Noel, Jr
Gerald T. Noel, Jr. (0063972)
Attorney for Defendant