IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| Plaintiff | : | CASE NO.  2:20-CR-0017 |
| | : | |
| Vs. | : | **JUDGE WATSON** |
| | : | **MAGISTRATE JUDGE KING** |
| **LASHAWN WHITE** | : | |
| Defendant | | |

## ATTACHMENT 1 LETTERS AND SUPPORT STATEMENTS



Gerald Noel Jr <noellaw6635@gmail.com>

## Character Letter For Lashawn White

**Hope Rhea** <hoperhea1@gmail.com>  Thu, Dec 9, 2021 at 7:28 PM
To: Noellaw6635@gmail.com

Good Day Your Honor,
I'm writing this letter regarding my father Lashawn White.
  My dad has always been a responsible dad to me. These 20 plus months he has been incarcerated been is very hard on me because, my father has always been an on hands and responsible dad even though I am an adult.
  His grandchildren are missing out on the guidance and the experience of unconditional love that I received. My dad is a barber and has mentored and coached a lot of children over the years in our neighborhood that will be truly missed.
   My dad has missed out on so many great things that has happened in the last two years regarding to my kids, my siblings and myself because of his actions.
   My dad understand the severity of his actions and he has told me that this will never happen again.     Your Honor, I believe him and I love him and I know him. I am asking for consideration in his sentencing.

     Thank You,

Chelsea White Daughter of Lashawn White.

Dear Judge, James L. Graham,

My name is Antoinette White. I'm writing this letter on behalf of my husband Lashawn L White. Overall I just want to say how wonderful of a man he is. Despite the current situation at hand. My husband is a great father, friend, brother, husband and also very good to the community.

I have watched countless times where he has helped people in need. Wether it was money to help pay bills, buy food for others, clothes for children that was in need. Not to mention taking care of my children that is his step children and he has 7 of his own. Even given free haircuts to single mother's that could not afford to get their children hair cut.

His family and I miss him very much and need him home. I'm asking even after he has done →

② Everything he needs to do, to give him some time to come home before he is sentenced.

We have a home and I have a job to support us. So if was to be on home confinement until that time would be awesome. Lashawn has a lot of support from family and friends.

Thank you for taking the time to read this letter. Hopefully there will be a way to make this work out in good favor. And trust your decision.

Sincerely

Antoinetta White

# Office of the Sheriff

**Sheriff
Richard K. Jones**

Chief Deputy
Anthony E. Dwyer



— Butler County, Ohio —

705 Hanover St.
Hamilton, Ohio 45011

Hamilton 513.785.1000
Middletown 513.424.2456
www.butlersheriff.org

To: The Honorable Judge Watson
U.S. Federal Court Southern District of Ohio
Joseph P. Kinneary U.S. Courthouse, Room 108
85 Marconi Boulevard
Columbus, OH 43215

Date: August 19, 2021

RE: Inmate: LaShawn White
B.C.S.O: 198378
V.E.T.S. Start Date: 07/06/2021

The Above Mentioned inmate is currently incarcerated at 705 Hanover Street, Hamilton, Ohio 45011, on charges out of your court. This inmate has completed 30 days in the V.E.T.S. program at the Butler County Jail.

While incarcerated, inmates who are Veterans of the armed forces have the opportunity to participate in the Veteran Education and Training Services (V.E.T.S.) program. This program places an emphasis on accountability by requiring Veteran inmates to attend a morning huddle with the Corrections Officer assigned to the program, keep their living space clean, and participate in daily work activities. Inmates are also offered one-on-one services through the VA and Veteran Service Commission, and group classes geared toward mental health and addressing and changing negative actions. Inmates are admitted to the program based on behavioral history and must remain in good standing with no disciplinary action in this "zero tolerance" programming unit.

Respectfully,

Capt. Nick Fisher
Warden
513-785-1191

*"Spectemur Agendo" - Let us be judged by our actions*

# Certificate of Graduation

*LaShawn White*

from

# M. A. N. A
(Mentoring Against Negative Actions)

to

**A MAN**

August 11, 2021

Director:
David Fulcher

Case: 2:20-cr-00017-MHW Doc #: 269-1 Filed: 12/10/21 Page: 6 of 17 PAGEID #: 752

# CERTIFICATE of ACHIEVEMENT

THIS ACKNOWLEDGES THAT

## LaShawn White

HAS SUCCESSSFULLY COMPLETED THE

University of Cincinnati Cognitive Behavioral Interventions

TONJA PHILLIPS, PROGRAM FACILITATOR

MAY 13
2021

August, 2021

To Whom it may concern,

My name is David Fulcher, and I am writing this letter on behalf of LaShawn White. I have a mentoring program called M.A.N.A (Mentoring Against Negative Actions) that I started 25 years ago in the Hamilton County Jail and is now being offered in the Butler County Jail. This program helps and assists men and woman inmates with life skills, better choices, and becoming more prepared to enter back into society. I met Mr. White the Butler County Jail a few months ago. Mr. White has showed significant progress in change from his past actions and has taken the steps and accountability to become a better man. He has graduated and received his certificate of completion which is honored by the sheriffs of both Hamilton and Butler County. Through the months of getting to know Mr. White in the classroom, he has always been the first one to answer questions and raise his hand and to help the other inmates to participate and engaged in the daily topics we discuss. The man that first walked into your courtroom is not the same person today. His willingness to understand his wrongs and continue to become a mentor and role model for the other inmates, shows tremendous growth. If there are any questions that you would like me to further answer, please do not hesitate to reach out to me.

Sincerely,

David Fulcher Sr.

Director of M.A.N.A.
513.225.3318
Davidfulchersr33@gmail.com

**Lone Star Lodge No. 22**

867 Mt. Vernon Ave
Columbus, Ohio 43203
Phone: 614-212-3168
E-Mail: lonestarlodge22@gmail.com

To Whom It May Concern:

First of all, I must say that I am honored to have been asked to write a letter speaking of the character of Lashawn White. My name is Benjamin A. Berry and I have known Lashawn (affectionately know as "Shawn The Barber") for over 20 years. Not only has he been my barber but a great friend as well. Shawn has been much more like a brother than a friend. Soon after meeting Shawn, it seemed like our personalities began to gravitate towards each other's. To the point where the term "great minds think alike" was not good enough to describe our relationship. Shawn is a great father, caretaker, role model and provider to say the least. These attributes that Shawn possess reach way past his own children, as I've witnessed Shawn helping neighborhood children with their homework at the barbershop where he works on numerous occasions. I've always impressed with Shawn's character, his interaction with his kids and his connection with his clients as well as other children in our community. So impressed that when my first and only son was born over 10 years ago, he was the only person I considered to ask to be my son's Godfather. I was honored that he accepted my request and he has been very instrumental to my son's growth and development.

I am also the Founder of Sole To Soul Shoe Charity; a charitable organization that donate new and gently used shoes to less fortunate inner city children. On several occasions Shawn has volunteered at shoe drives collecting donations and also with the distribution of the shoes in the community.

Overall, I would have no hesitation or reservation in stating the fact that Lashawn White is an awesome Father, Son, Brother, Uncle, Barber and Godfather. I understand that bad things can sometime happen to good people. I am not only writing a character reference letter for Shawn, I'm also asking whomever may read this to consider what a great guy that Mr. White has always been.

Thank you in advance for taking the time to read this letter.

Benjamin A. Berry
Worshipful Master
Lone Star Lodge No. 22

To: The Honorable Judge ~~James L Graham~~ Watson,

From: David Fluellen

I am writing in regard to my good friend LaShawn White. Shawn and I have been friends for more than 20 years. Not only is Shawn a good friend but he is also my barber. During the course of our friendship I've known Shawn to be an outstanding father and community supporter. For several years Shawn volunteered as a mentor to at-risk youth as a little league football coach in his local community. While volunteering his time was commendable, what stands out to me the most about Shawn is how committed and supportive he has been to his children. Anyone that knows Shawn can testify that Shawn is a stand-up Father to all of his children. Being a father in itself presents many challenges but Co-parenting present a new set of challenges that unlike many father including myself, Shawn has been successful at working with his parenting partners in the best interest maintaining a close relationship with his children.

At one-point Shawn would leave from work and drive an hour away just to be present at his son's football practice. He would drive the same drive on Saturday mornings as well. I've witnessed countless times how he would drop what he was doing to be there for his children. One time his daughter was struggling with obtaining her driver's license, she just could not seem to pass the test. Shawn took off of work to take her to practice driving because he knew how much it meant to her to get her license. It is my hope that although this is an unfortunate situation that Shawn's commitment to his family and community will be considered during this process. Shawn is truly a great man and I am proud to have the ability to call him friend. If there is any additional information need from me, please let me know.

Humbly Submitted
David Fluellen

*[signature]*

April 11, 2020

William Travis, Owner
Cuts on the Avenue
971 Mt Vernon Ave
Columbus, Ohio 43203

Your Honor,

The aim of this letter is to a shine light on the character and integrity of LaShawn White. As friends, colleagues, and barbers for more than 23 years in the urban area of Mt. Vernon Avenue, I can confirm LaShawn's dedication as a barber, community activist, and more importantly, as a loving father. LaShawn is dedicate it to the well-being of others and has a unique gift with people of all ages. As a respected mentor, LaShawn is an inspiration to many.

For years, LaShawn's humanitarian efforts to reach the local youth is a true passion of his. I've witnessed his philanthropic efforts in feeding the community, giving away over 1,000 free meals, as well as school supplies to the youth. This was made possible by LaShawn reaching into his own pocket to make it a reality. LaShawn has been an inspiration to me as well, as he helped me build the barbershop from the ground up with his own muscle, blood, sweat, and tears and served as the best man in my wedding.

Considering the current circumstancing facing LaShawn, I realize my explanation of his character may seem hard to believe but nonetheless, it is true. I have seen him go through ups and downs like anyone else but I have always witnessed LaShawn's ability to always legally find his footing. His tenacity, personality, and drive combined contribute to LaShawn being the loving, fun, professional that he is.

Has LaShawn made mistakes in the past? Of course, and he has disappointed his support circle, however, he is incredibly remorseful and willing to do whatever it takes to make adjustments and improvements to turn his life around. I recognize LaShawn has broken the law and I believe some sort of punishment should be served. However, reform, personal reflection, and mental help, will serve more beneficial in this situation.

Your Honor, I hope you will recognize the power you yield with regard to the future of LaShawn and recognize he needs grace, mercy, and help.

In summary, LaShawn is a great person with a challenged past. As his friend, my life has been enriched because of him. As this decision may seem difficult, I trust God will allow you to consider my plea, along with his young children who need their father, and the positive attributes of LaShawn's life.

Sincerely,

William A. Travis

To whom it may concern:

I have known Shawn White for more than 20 years. He and I first met at Frank Cole's barber shop, where at the time Shawn was a barber. Then over a couple of years Shawn started cutting my hair, and my son's. Actually he was cutting four generations of my family, my father, myself, my son and my grandson. Later on he was even cutting my wife's hair, until he had to leave the shop for the trouble that he is in.

Shawn is one of the most dedicated, hardworking, and innovative people I've had the pleasure of knowing. He is compassionate, kind and never misses the opportunity to help others in need.

Shawn has several children by different mother's, but he is a dedicated father to all of his children, especially the boys. Being involved in their little league football, coaching and motiving them to be the best they can be. Working with them on their homework, making sure they are attentive in school, or they won't be playing any sports. As long as I've know Shawn he is always willing to lend a helping hand with his family, community and any of his co-workers in the barber shop.


Thank you,

Marvin Jones

## To The: Honorable Judge ~~James L. Graham~~ Michael H. Watson

It is the purpose of this written statement, in the form of a petition:

To give testimony about the character of Mr. LaShawn L. White. It is true feeling and popular opinion of every person who is signing the statement. That LaShawn White has always been known as a respectful, respectable and productive member of society. Definitely a staple of our community. LaShawn White has always been known as an excellent father to his children and an exceptional father figure, to many children in and beyond this community. For no other reason than their need for 100% unconditional love that Mr. White has always shown. Without so much as entertaining the thought of hesitation. LaShawn has shown the same love for each and every person who has chosen to sign this statement.

While it is a known fact that no man walking GOD'S green earth is perfect! The following people do stand by the observation and opinion that whenever a Mistake, Mis judgement, or ever a Poor decision has been made by LaShawn, he has always been amenable and willing to acknowledge and immediately accept responsibility. Make changes that are necessary to make the corrections needed in order for progress and self-improvement to follow. Because of the facts the following people simply REQUEST that Mr. LaShawn L. White be viewed by the court through unbiased eyes with an open mind and an open heart. to do otherwise would oppose the definition of the words just or justice.

# PETITION: for LaShawn L. White

1. Joseph A. Suffold II
2. Ralph Carter
3. Alcus Carter
4. Bernice Thomas
5. Jackie Holmes
6. Richard Harris
7. Gwendal Trent
8. Lamar Mayo
9. Patrick Weddington
10. Marcus Jones
11. Kendall Howie
12. Naslanda Bynum
13. Stacy King
14. [illegible]
15. [illegible]
16. Cordell Morrison
17. Stephanie Proctor
18. Tamicha M. Thomas

19. Robert Mitchell
20. _illegible_
21. Dennis Brown White
22. Quinton Mitchell "Lil Q"
23. Alphonso Jennings
24. _illegible_
25. _illegible_
26. Riley Smith
27.
28.
29.
30.
31.
32.
33.
34.
35.
36.
37.

# PETITION: for LaShawn L. White

1. Earl H Edwards
2. Angela Johnson
3. Perry Johnson
4. Wm Edwards
5. Jerry Boykins
6. April Boykins
7. Dolores A. Fantroy
8. ~~Jerry Boykins~~
9. ~~April Boykins~~
10. ~~Adelaide Roberts~~
11. 
12. 
13. 
14. 
15. 
16. 
17. 
18.

Respectfully submitted,

/s/ Gerald T. Noel, Jr.
Gerald T. Noel, Jr. (0063972)
Attorney for Defendant
175 South Third Street, Suite 200
Columbus, Ohio  43215
614 286-6999
Gerald@Geraldnoellaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing Notice of Mitigation Letters and Statements  was served on the United States Attorney's office by electronically filing the same via the United States Clerk of Court's electronic filing system and copies were forwarded electronically this 10th day of December, 2021.

/s/ Gerald T. Noel, Jr
Gerald T. Noel, Jr. (0063972)
Attorney for Defendant